IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-60600
Summary Calendar
_____


MARIE S. PRINGLE,

Plaintiff-Appellant,

versus

HENRY DAVIS, Board President, ET AL.,

Defendants-Appellees.


- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 3:94-CV-175
- - - - - - - - - -
August 1, 1996
Before SMITH, DUHÉ, and BARKSDALE, Circuit Judges.

PER CURIAM:[*]

Marie S. Pringle appeals the dismissal of her lawsuit raising various federal and state law claims against a myriad of defendants.  Pringle's motion to strike two appellate briefs submitted by two appellees is DENIED.

We have carefully reviewed the record and the appellate arguments.  We discern no reversible error by the district court in its dismissal.

---

[*]  Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

AFFIRMED.